SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 29 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GREYHOUND LINES, INC.**                                              **PLAINTIFF**

**V.**                                                  **CAUSE NO. 1:05CV205LG-RHW**

**CONCEPT EXPRESS, INC.**                                              **DEFENDANT**

## TEMPORARY RESTRAINING ORDER

THIS CAUSE came on for hearing on the Complaint for a Temporary Restraining Order filed by Plaintiff Greyhound Lines, Inc., and the Court having determined that, as there is a likelihood that the Concept Express, Inc. tractor-trailer rig at issue may be moved out of state in the next few days and that repairs may be made to said vehicle or that it may be sold for salvage, and that immediate and irreparable injury, loss or damage will result to the Plaintiff if repairs are undertaken to the tractor-trailer rig or if it is sold for salvage prior to the Plaintiff having an opportunity to inspect and possibly test the Concept Express, Inc. tractor-trailer rig, finds that the Complaint is well taken, and should be granted. The Plaintiff shall provide security for payment of such costs and damages, if any, as may be incurred or suffered by Defendant. This Temporary Restraining Order shall expire in 10 calendar days.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Concept Express, Inc., their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, shall be and are hereby temporarily restrained from removing the Concept Express, Inc. tractor-trailer rig from Presley's Garage in Escatawpa, Mississippi until further order of the Court or until the expiration of this order, whichever comes first.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff shall provide security, no later than close of business on Monday, May 2, 2005, in the form of a bond in an amount not less than $5,000 for the payment of such costs and damages, if any, that may be incurred or suffered by the Defendant.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Temporary Restraining Order shall expire in ten calendar days.

**SO ORDERED AND ADJUDGED** this the 29th day of April, 2005, at 5:20 p.m.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EDWARD C. TAYLOR - BAR # 9043
JOHN CLARK - BAR # 6263
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MS 39215
(601) 969-7607

DANIEL COKER HORTON AND BELL, P.A.
2301 14TH STREET, SUITE 810
POST OFFICE BOX 416
GULFPORT, MS 39502-0416
(228) 864-8117