SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 11 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GREYHOUND LINES, INC.                        PLAINTIFF

V.                        CAUSE NO. 1:05CV205LG-RHW

CONCEPT EXPRESS, INC.                        DEFENDANT

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

THIS CAUSE came on for hearing on the Motion to Extend Temporary Restraining Order obtained on April 29, 2005 by Plaintiff Greyhound Lines, Inc., and the Court having determined that, as there is a likelihood that the Concept Express, Inc. tractor-trailer rig at issue may be moved out of state in the next few days and that repairs may be made to said vehicle or that it may be sold for salvage, and that immediate and irreparable injury, loss or damage will result to the Petitioner if repairs are undertaken to the tractor-trailer rig or if it is sold for salvage prior to the Petitioner having an opportunity to inspect and possibly test the Concept Express, Inc. tractor-trailer rig, and that Defendant, Concept Express, Inc. has indicated a desire to have their liability insurance carrier involved with any testing or inspection of the subject tractor-trailer rig, and that said insurance carrier is not yet aware of the claim, finds that there is good cause to extend the temporary restraining order, and finds that the Motion to Extend Temporary Restraining Order is well taken, and should be granted.. The court further finds that the Plaintiff has already provided adequate security for payment of such costs and damages, if any, as may be incurred or suffered by Defendant. The Extension of the Temporary Restraining Order shall expire in 10 calendar days on May 19, 2005.

IT IS THEREFORE ORDERED AND ADJUDGED THAT Defendant Concept Express, Inc., their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise,

shall be and are hereby temporarily restrained from removing the Concept Express, Inc. tractor-trailer rig from Presley's Garage in Escatawpa, Mississippi until further order of the Court or until May 19, 2005, whichever comes first.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff shall continue to provide security, in the form of a bond in an amount not less than $5,000.00 for the payment of such costs and damages, if any, that may be incurred or suffered by the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that this Temporary Restraining Order shall expire in ten calendar days on May 19, 2005.

SO ORDERED AND ADJUDGED this the 11th day of May, 2005, 9:15 AM

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

_____
EDWARD C. TAYLOR - BAR # 9043
DANIEL COKER HORTON AND BELL, P.A.
2301 14TH STREET, SUITE 810
POST OFFICE BOX 416
GULFPORT, MS 39502-0416
(228) 864-8117

JOHN CLARK - BAR # 6263
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MS 39215
(601) 969-7607